Law Offices of Harold D. Hadley, Jr.
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB - State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christi Sharalyn Calkins,<br>        Plaintiff,<br><br>v.<br><br>Michae J. Astrue,<br>Commissioner of Social Security,<br>        Defendant. | Civil Action No: 2:08-CV-02385-KJM<br><br>STIPULATION FOR EXTENSION<br>OF TIME FOR FILING MOTION<br>FOR SUMMARY JUDGMENT |

   IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Monday, July 27, 2009, to file the Motion for Summary Judgment.

   IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated: 6/23/09                    / s / Joseph C. Fraulob
                                  Joseph Fraulob
                                  Attorney for Plaintiff

Dated: 6/23/09                    / s / Elizabeth Firer
                                  Elizabeth Firer
                                  Special Assistant U.S. Attorney
                                  Attorney for Defendant

IT IS ORDERED

Date: 6/24/2009

                                  [signature]
                                  U.S. MAGISTRATE JUDGE