1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   LEO R. MONTENEGRO
4  Special Assistant U.S. Attorney
   333 Market Street, Suite 1500
5  San Francisco, CA 94105
   Telephone: (415) 977-8983
6  Fax: (415) 744-0134

7  Attorneys for Respondent

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 CHRISTI CALKINS,                ) Case No. 2:08-CV-02385-KJM
                                   )
11          Plaintiff,             )
                                   )
12     vs.                         ) STIPULATION AND ORDER FOR
                                   ) EXTENSION OF TIME
13 MICHAEL J. ASTRUE,              )
   Commissioner of Social          )
14 Security,                       )
                                   )
15          Defendant.             )
                                   )
16 ───────────────────────────────

17     The parties hereby stipulate by counsel, with the Court's
18 approval as indicated by issuance of the attached Order, that the
19 respondent Commissioner of Social Security shall have a **FIRST**
20 extension of time of 30 days to respond to Plaintiff's motion for
21 summary judgment [Docket No. 19].  Due to the prior Assistant
22 Regional Counsel's workload and the need to train a newly-hired
23 Assistant Regional Counsel, this case has been reassigned and
24 will require additional review.  The current due date was August
25 26, 2009.  The new due date will be September 25, 2009.
26     The parties further stipulate that the Court's Scheduling
27 Order shall be modified accordingly.
28

Stip & Proposed Order Re Ext of D's Time, 2:08-cv-02385-KJM          Page 1

```
DATE:   9/03/09              /s/ Joseph C. Fraulob (as
                             authorized by electronic mail dated
                             September 3, 2009)
                             JOSEPH C. FRAULOB
                             Attorney at Law

                             Attorney for Plaintiff


DATE:   9/03/09              LAWRENCE G. BROWN
                             United States Attorney
                             LUCILLE GONZALES MEIS
                             Regional Chief Counsel, Region IX

                      By:    /s/ Leo R. Montenegro
                             LEO R. MONTENEGRO
                             Special Assistant U.S. Attorney

                             Attorneys for Defendant
```

ORDER

APPROVED AND SO ORDERED.

DATED: September 4, 2009.

_____
U.S. MAGISTRATE JUDGE