LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS (CO SBN 15153)
Regional Chief Counsel, Region IX,
Social Security Administration
MICHAEL A. CABOTAJE (CA SBN 197086)
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8984
    Facsimile: (415) 744-0134
    E-Mail: Michael.Cabotaje@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTI CALKINS,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>  Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:08-CV-02385-KJM<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that the previously filed Equal Access to Justice Act ("EAJA") application/petition by Plaintiff is hereby withdrawn.

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of five thousand five hundred dollars and zero cents ($5,500.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute any admission of liability on the part of Defendant under the EAJA. Payment of fees in the amount of five thousand five hundred dollars and zero cents ($5,500.00) in EAJA attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the provisions of the EAJA.

Respectfully submitted,

Dated: April 30, 2010

/s/ Joseph C. Fraulob*
*(As authorized via email dated April 30, 2010)
JOSEPH CLAYTON FRAULOB
Law Offices of Harold Hadley
Attorney for Plaintiff

Dated: April 30, 2010

LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Michael A. Cabotaje
MICHAEL A. CABOTAJE
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 3, 2010.

_____
U.S. MAGISTRATE JUDGE